RECEIVED
IN LAKE CHARLES, LA

JUL 21 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA



# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAKE CHARLES DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | DOCKET NO. 06-20071-01 |
| VERSUS | § | JUDGE MINALDI |
| RICARDO NICOLAS VAZQUEZ | § | MAGISTRATE JUDGE WILSON |

### ORDER

The Court has considered defendant's Unopposed Motion for Continuance and Request to Reissue the Criminal Pretrial Discovery Order. In accordance with 18 U.S.C. § 3161(h)(8)(B)(I), the Court finds that the failure to grant a continuance would likely result in a miscarriage of justice. The Court further finds that the ends of justice are served by the granting this continuance and outweigh the interests of the public and the defendants to a new trial date. Defendant's motion is either:

____✓____ GRANTED        _____ DENIED

Motions are Due: __8/04__, 2006.

Responses to Motion are Due: __8/24__, 2006.

Pretrial Conference is set for: __upon request__, 2006, at ____

The Jury Selection and Trial is set for: __Sept 18__, 2006, at __10am__

SIGNED on this __21__ day of __July__, 2006.

_____
UNITED STATES DISTRICT JUDGE

5